THOMAS P. O'BRIEN
United States Attorney
GEORGE S. CARDONA (Cal. Bar No. 135439)
Chief Assistant United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
    United States Courthouse
    312 North Spring Street, 12th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-8323
    Facsimile: (213) 894-2535
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 91-1080-ODW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER RE: REDUCTION |
| | ) OF SENTENCE PURSUANT TO 18 |
| v. | ) U.S.C. § 3582(C)(2) |
| ROBERT THOMPSON, | ) |
| Defendant. | ) |

    IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (as effective March 3, 2008), and after consideration of the factors set forth in 18 U.S.C. § 3553(a), including considerations of public safety and the nature of defendant's post-sentencing conduct, that defendant's sentence of imprisonment shall be reduced from 360 months to 324 months. All other terms of the sentence originally imposed on defendant shall remain the same.

    IT IS FURTHER ORDERED that this order shall be void and without effect if, at any time prior to defendant's release, either the Sentencing Commission or Congress takes action that renders

1 Amendment 706 to the sentencing guidelines no longer retroactive in
2 application.
3
4 DATED: ~~March~~ April 7, 2008            _____
                                             HON. ~~MANUEL L. REAL~~ OTIS D. WRIGHT
5                                            United States District Judge
6
7 Presented by:
8
9 _____/S/_____
    George S. Cardona
10 Chief Assistant United States Attorney
        Attorney for Plaintiff
11           United States of America