AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| 2. ROBERT THOMPSON ) | Case No: CR 91-1080 ODW |
| ) | USM No: 98688012 |
| Date of Previous Judgment: 06/15/1992 ) | Elliot Stanford |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

FILED
CLERK, U.S. DISTRICT COURT
APR – 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __360__ months **is reduced to** __324 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __40__                Amended Offense Level: __38__
Criminal History Category: __IV__             Criminal History Category: __IV__
Previous Guideline Range: __360__ to __life__ months   Amended Guideline Range: __324__ to __405__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS



Except as provided above, all provisions of the judgment dated __06/15/1992__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __04/07/2008__

Effective Date: _____
(if different from order date)

_____
Judge's signature

Otis D. Wright II, United States District Judge
Printed name and title